

NUMBER 13-09-00114-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

AUTOMOTIVE CONSULTING SERVICES, INC.,                    Appellant,

v.

GUERRA & MOORE, LTD., LLP,
CARLOS L. GUERRA, AND J. MICHAEL MOORE,           Appellees.

On Appeal from the County Court at Law No. 6
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the County Court at Law No. 6 of Hidalgo County, Texas, in cause number CL-08-1868-F. The parties have filed an agreed, joint motion for disposition pursuant to settlement. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the parties' agreed, joint motion for disposition pursuant to settlement, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The parties' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 26th day of March, 2009.